**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| SHERRIE MARIE THOMAS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-1771 |
| | § | |
| NANCY A. BERRYHILL, Acting | § | |
| Commissioner of the Social Security | § | |
| Administration, | § | |
| Defendant. | § | |

## <u>MEMORANDUM AND ORDER</u>

This Social Security appeal was referred to United Statse Magistrate Judge Dena Palermo pursuant to 28 U.S.C. § 636(b)(1)(B) by Order [Doc. # 15] entered March 11, 2018. On September 21, 2018, Magistrate Judge Palermo issued a Report and Recommendation [Doc. # 24], recommending that this Court deny Plaintiff's Motion for Summary Judgment [Doc. # 20] and grant Defendant's Motion for Summary Judgment [Doc. # 22]. The deadline for objections to the Report and Recommendation has expired without any objections being filed. The Court finds that the Magistrate Judge's Report and Recommendation is well founded, and that the Magistrate Judge's recommended disposition should be adopted.[1] It is therefore

---

[1] Since there are no objections, the Court has not made a *de novo* review of this matter. *See* 28 U.S.C. § 636(b)(1).

**ORDERED** that the Report and Recommendation [Doc. # 24] is **ADOPTED** as this Court's Memorandum and Order.  It is further

**ORDERED** that Plaintiff's Motion for Summary Judgment [Doc. # 20] is **DENIED**; Defendant's Motion for Summary Judgment [Doc. # 22] is **GRANTED**; and this case is **DISMISSED WITH PREJUDICE.**

A final judgment will be entered separately.

SIGNED at Houston, Texas, this 10<u>th</u> day of **October, 2018**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE